UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JERRY L. GATER, | ) |  |
|---|---|---|
| Movant, | ) |  |
| v. | ) | No. 1:15CV188 SNLJ |
| UNITED STATES OF AMERICA, | ) |  |
| Respondent, | ) |  |

## MEMORANDUM AND ORDER

This matter is before the Court on Jerry Gater's motion to vacate, set aside, or correct judgment under 28 U.S.C. § 2255. Movant purports to challenge the judgment in *United States v. Gater*, No. 1:15CR52 SNLJ. However, the Court has not yet entered judgment in that action. As a result, this action is dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will be filed separately.

Dated this 5th day of January, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE